IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>SKY HOSPITALITY, INC., and Illinois corporation,<br><br>    Defendant. | Case No. 1:23-cv-07370<br><br>Honorable Sunil R. Harjani |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the Parties have agreed to settle the above-captioned matter in principle. The Parties respectfully request that all upcoming deadlines be adjourned so the Parties can focus on resolving this matter and filing a stipulation of dismissal.

                                                Respectfully submitted,

                                                CASS LAW GROUP, P.C.

                                                /s/ Angela C. Spears
                                                Angela C. Spears
                                                CASS LAW GROUP, P.C.
                                                20015 S. LaGrange Rd #1098
                                                Frankfort, IL 60423
                                                T: (833) 343-6743
                                                F: (855) 744-4419
                                                E: aspears@casslawgroup.com
                                                *Counsel for Plaintiff*

Dated: April 21, 2024