**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> SKY HOSPITALITY, INC., and Illinois corporation, <br><br> Defendant. | Case No. 1:23-cv-07370 <br><br> Honorable Heather K. McShain |

**STIPULATION OF DISMISSAL**

Plaintiff, LOIS WHITE, and Defendant, SKY HOSPITALITY, INC., hereby stipulate and agree to the voluntary dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), including any and all pending claims in this matter, with prejudice without cost to either party.

Respectfully Submitted,

*Attorney for Plaintiff Lois White*

/s/ *Angela C. Spears*
Angela Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: 833-343-6743
aspears@casslawgroup.com

*Attorney for Defendant Sky Hospitality, Inc.*

/s/ *Danielle Malaty*
Danielle Malaty
GOLDBERG SEGALLA
222 W. Adams St., Suite 2250
Chicago, IL 60606
Ph: (312) 572-8400
dmalaty@goldbergsegalla.com

Dated: July 17, 2024